UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOKTAR ALI MUENDA BEY, Not the
Corporate Fiction, Plaintiff in Error Ex Rel
a/k/a Dion Oran Robinson,

Case No. 12-15565

Honorable Nancy G. Edmunds

                    Plaintiff,

v.

PEOPLES OF THE STATE OF MICHIGAN,
A Fictional Entity, et al.,

                    Defendants.
_____/

**ORDER OF DISMISSAL**


        Plaintiff filed a complaint on December 19, 2012, against the Peoples of the State of

Michigan as well as other State and County entities and individuals apparently involved in

issuing or enforcing child support orders concerning Plaintiff.  The following consists of a

sample of the allegations in Plaintiff's complaint:

> The great seal Moorish Science Temple of America, incorporated; Embryo Circle
> Seven Moorish Temple of America, incorporated Continental Congress; Moors
> Orders Of The Roundtable (M.O.O.)  The R Moorish Devine and National
> Movement of the World.  Giving Honor and Respect to Civilized societies
> Constituently governed societies, et al.  Giving Honor to our Moorish Divine
> Constitution/Zodiac, and giving respect to the Constitution for the United States
> Republic, North America, and giving Honor and Respect to all those dejure
> Representatives of this said government in their recognition responsibility to
> uphold, to secure and to enforce the Supreme law of the land, in service to the
> national citizens and civilization itself.
>
>         Comes now, Moktar Ali Muenda Bey, living man, a flesh and blood
> (authorized agent for in Error Ex Rel, Dion Oran Robinson, natural Indigenous
> Native Sovereign American Moore, in full life, coming to this court, and bringint
> this Cause of Action, in "Propria Persona" Sui Juris against the Defendants

named in this complaint, to stop all warrants, and bring relief, and unlawful child support orders and kidnapping for a debt.  (See Affidavit of Fact EX. 1)

Section 21, of the Michigan Constitution states that "No person shall be imprisoned for a debt out of or founded on contract, express or implied, except in cases of fraud or breach of trust..

The Friend of the Court is against the Constitution, and is a fraud.  They are operating in a foreign capacity The Universal Declaration of Human Rights, states that, all men, women and children are entitled to a name and nationality, no one should be arbitrarily deprived of one, or have one taken away from them. The Friend of the court do not represent the best interest of the children.  The Friend of the Court extort money for their own hidden agenda, they divide, destroy, and break up families, by jailing good and loving parents, for whatever reason, for non-payment of child support. . . .  I am also asking that the cases listed on this complaint be remanded to this court, and that a Third Article Judge hear this case.  Each defendant named, played a part in violating my Human Rights, that damaged me, in such a way, that my life will never be the same, and they deliberately set things in Motion, that has spiraled out of control.  I am asking that all the cases be dismissed, and all warrants dismissed.  I am not a 14th Amendment CORPORATE PERSON and I do not consent to the Piracy and Fraud.  Refer back to Ex. 1, Affidavit of fact to stop all warrants and stop all unlawful child support payments to the Friend of the Court in Wayne County and Oakland County.

(Pl.'s Complt. at 1-3).

As observed by the Sixth Circuit, "a district court may, at any time, *sua sponte* dismiss a complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure when the allegations of a complaint are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion." *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999).  The Court finds that Plaintiff's complaint is, on its face, totally implausible, frivolous and devoid of merit.  Accordingly, the Court hereby **DISMISSES** this action pursuant to Rule 12(b)(1).

**SO ORDERED.**

2

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  January 3, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 3, 2013, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager

3